1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
   E-MAIL scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>    vs.<br><br>Sacramento Auto Insurance Center, Inc., et al,<br><br><br>    Defendants | Case No.: CIV.S 09-cv-01886-JAM-GGH<br><br>**STIPULATED DISMISSAL OF SACRAMENTO AUTO INSURANCE CENTER, INC. AND ORDER**<br><br>Complaint Filed: JULY 10, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Sacramento Auto Insurance Center, Inc.) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendant (Sacramento Auto Insurance Center, Inc.) is dismissed because Plaintiff and this Defendant have settled their dispute.

1

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: October 19, 2009 | /s/Scott N. Johnson_____ |
| 2 | | SCOTT N. JOHNSON |
| 3 | | Attorney for Plaintiff |

Dated: October 20, 2009           /s/Christopher W. Ewing_____
                                  CHRISTOPHER W. EWING
                                  Attorney for Defendants,
                                  SACRAMENTO   AUTO   INSURANCE
                                  CENTER, INC.

**IT IS SO ORDERED**.

Dated: October 22, 2009

                                  /s/ John A. Mendez_____
                                  U. S. DISTRICT COURT JUDGE

2

STIPULATED DISMISSAL and Proposed ORDER                    CIV: S-09-01886-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com