SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>  vs.<br><br>Sacramento Auto Insurance Center, Inc., et al<br><br><br>    Defendants | Case No.: CIV.S 09-cv-01886-JAM-GGH<br><br>**REQUEST FOR DISMISSAL AND ORDER**<br><br><br>Complaint Filed:  JULY 10, 2009 |

**IT IS HEREBY REQUEST** by Plaintiff, Scott N. Johnson, that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).  Defendant, Sacramento Auto Insurance Center, Inc., was terminated by stipulation and order on October 22, 2009.  Plaintiff requests that the remaining parties to this action hereby be dismissed with prejudice pursuant to FRCP 41 (a)(2).

1

PDF created with pdfFactory trial version www.pdffactory.com

1 | Dated: December 3, 2009

2 |                                    DISABLED ACCESS PREVENTS INJURY, INC.

4 |                                    /s/Scott N. Johnson
5 |                                    SCOTT N. JOHNSON,
   |                                    Attorney for Plaintiff

8 | **IT IS SO ORDERED**.

10 | Dated: 12/03/2009                  /s/ John A. Mendez
    |                                    U.S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com